UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 17-52810

TABITA LATONJA LATHAM, *pro se*,           Chapter 7

        Debtor.                               Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On September 12, 2017, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case. Also on September 12, 2017, the Debtor filed a "Certificate of Counseling" (Docket # 1, pdf p. 6), which states that on August 18, **2016**, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111." (Emphasis added).

This Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition by such individual**, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of the petition*. Rather, the Debtor received the credit counseling briefing more than one year before the petition was filed. For this reason, the Debtor is not eligible to be a debtor in this case.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on September 15, 2017**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**